David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone:  +1.310.788.9900
Facsimile:   +1.310.788.3399

Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone:  +1.415.344.7000
Facsimile:   +1.415.344.7050

*Attorneys for Defendants ALDI Inc., ALDI Foods Inc., and ALDI USA LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALDI INC., ALDI FOODS INC., and ALDI USA LLC,<br><br>Defendant. | Case No. Case No. 2:26-cv-04661-JFW<br><br>**DEFENDANTS' NOTICE OF AMENDED MOTION TO DISMISS, OR IN THE ALTERNATIVE STAY**<br><br>Date:       August 10, 2026<br>Time:       1:30 p.m.<br>Courtroom: 7A, 7th Floor<br>Judge:      Hon. John F. Walter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 10, 2026 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 7A, 7th Floor of the United States District Court for the Central District of California, located at 350 W 1st Street, Suite 4311, Los Angeles, California 90012-4565, Defendants ALDI Inc., ALDI Foods Inc., and ALDI USA LLC will and hereby do respectfully move this Court to dismiss Plaintiff Sue Kim's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), with prejudice.

Defendants recognize that Section 5(a) of the Court' Standing Order states "no motion shall be noticed for hearing more than 35 calendar days after service of the motion unless otherwise ordered by the Court." Dkt. 11. Defendants also recognize that this rule is strictly enforced. Accordingly, and to comply as fully practicable with the Court's Standing Order, Defendants have noticed this motion for 35 calendar days from filing to August 10, 2026. However, Defendants acknowledge that the Court's website currently lists August 10, 2026—and all hearing dates prior—as closed and Defendants are thus willing to waive their right to have the motion heard and submit on the papers, and alternatively agree to re-notice this motion for a hearing date that is more convenient for the Court, if the Court desires.

Plaintiff's Complaint should be dismissed for lack of Article III standing and because her causes of action under California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*), for unjust enrichment, and for money had and received all fail to state a claim for relief because among other grounds, Plaintiff has (1) not alleged an injury-in-fact sufficient to support Article III jurisdiction; (2) failed to plead causation and an actionable misrepresentation or omission under California's Unfair Competition Law; and (3) no equitable basis for recovery. In the alternative, and without waiving challenges to all the substantive deficiencies in the Complaint, the case should be stayed until the issues become ripe, recognizing that

Case No. 2:26-cv-04661-JFW
DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS OR STAY

even then, as described above, Plaintiff has not and will not be able to set forth a claim for relief.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support hereof, the Declaration of David T. Biderman, the Parties' Joint Statement Regarding L.R. 7-3 Conference, all pleadings and documents filed or on file in this case, and such other materials or arguments as the Court may consider.

Dated:  July 6, 2026

**PERKINS COIE LLP**

By: */s/ David T. Biderman*
David T. Biderman
Torryn T. Rodgers

Attorneys for Defendants ALDI Inc.,
ALDI Foods Inc., and ALDI USA LLC
a

-3-

Case No. 2:26-cv-04661-JFW
DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS OR STAY